dence and is not against the weight of the evidence. *In the Interest of F.N.M.*, 951 S.W.2d 702, 703 (Mo.App. E.D.1997). An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Civil Procedure 84.16(b).

We have reviewed the briefs of the parties and the record on appeal and find no error of law. A detailed opinion would be of no precedential value. We have, however, provided the parties with a brief memorandum opinion, for their information only, explaining the reasons for our decision.

The judgment is affirmed pursuant to Rule 30.25(b).

■

**STATE of Missouri, Respondent,**

v.

**Jeffrey LUKENS, Appellant.**

**No. ED 80296.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Sept. 3, 2002.

Nancy A. McKerrow, Asst. Public Defender, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Dora A. Fichter, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before LAWRENCE E. MOONEY, C.J., LAWRENCE G. CRAHAN, J. and CHARLES B. BLACKMAR, S.J.

*ORDER*

PER CURIAM.

Jeffrey Lukens ("Defendant") appeals the judgment entered upon his conviction of statutory rape in the first degree and child molestation in the first degree.

■

**Donald HAUPT, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED 80279.**

Missouri Court of Appeals,
Eastern District,
Division One.

Sept. 3, 2002.

Raymond J. Capelovitch, Asst. Public Defender, St. Louis, MO, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joel A. Block, Asst. Atty. Gen., Jefferson City, MO, for Respondent.

Before ROBERT G. DOWD., JR., P.J., MARY K. HOFF, J., and GEORGE W. DRAPER III, J.

**ORDER**

PER CURIAM.

Donald Haupt (hereinafter, "Movant") appeals from the motion court's judgment